# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL J. YUMANG,

    Defendant.

Case No. 22-CR-194-JPS

**ORDER**

On May 21, 2024, Defendant Michael J. Yumang ("Defendant") appeared before Magistrate Judge Stephen C. Dries for an arraignment and plea on the superseding indictment in this case. ECF No. 107. Defendant entered a plea of not guilty and is scheduled to proceed to trial on June 10, 2024. *Id.*; ECF No. 99.

Magistrate Judge Dries also held a colloquy with Defendant regarding his intention to waive his right to a trial by jury. ECF No. 107 at 2. As a result of that colloquy, Magistrate Judge Dries concluded that Defendant "understands his right to a jury trial" and accordingly recommended that this Court accept that waiver. *Id.*; ECF No. 106. Having received no objections, the Court will adopt the recommendation.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's report and recommendation to approve Defendant Michael J. Yumang's jury trial waiver, ECF No. 106, be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the jury trial set to begin on June 10, 2024, EF No. 99, be and the same shall proceed as a bench trial.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge